No. D–2664.   IN RE DISCIPLINE OF RICHARDSON.   Donald L. Richardson, of Crescent Springs, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within

40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.